# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156855(34)

RONALD RITARI, JR. and TAMA RITARI,
      Plaintiffs-Appellees,

v

PETER E. O'DOVERO, INC., d/b/a
MARQUETTE MOUNTAIN,
      Defendant-Appellant.
_____/

SC: 156855
COA: 335870
Marquette CC: 16-054384-NO

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted for filing if submitted on or before January 25, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2018



Clerk